IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-08-00402-CV

 

John Benjamin Clopton and 

Barbara Ann Clopton,

                                                                                    Appellants

 v.

 

Stephen Lynn Bradford and 

Raymond James Massey,

                                                                                    Appellees

 

 



From the 40th District Court

Ellis County, Texas

Trial Court No. 76632

 



MEMORANDUM  Opinion










 

            John Benjamin Clopton and Barbara Ann
Clopton filed a notice of appeal from the trial court’s order denying the
Cloptons’ motion to strike the Intervenor’s plea in intervention.  The Clerk of
this Court notified the Cloptons by letter that the appeal was subject to
dismissal because it appeared there was no right of interlocutory appeal.  The
Cloptons were also notified that the appeal would be dismissed unless, within
21 days from the date of the letter, a response was filed showing grounds for
continuing the appeal.

            The Cloptons faxed a response but it
does not show grounds for continuing the appeal.  Accordingly, this appeal is
dismissed.  See Tex. R. App. P.
42.3, 44.3.

 

                                                                        TOM
GRAY

                                                                        Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

            (Justice
Vance dissenting)

Appeal
dismissed

Opinion
delivered and filed December 23, 2008

[CV06]